No. 89–1277. SUPERIOR ROLL FORMING CO. ET AL. *v.* INTERROYAL CORP. C. A. 6th Cir. Motion of petitioners to place

Appendix D under seal granted. Certiorari denied.